# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-4585-RSWL-MAA | Date | May 27, 2020 |
|---|---|---|---|
| Title | Anthony Bouyer v. Tigran Vardanyan, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior U.S. District Judge |
|---|---|

| Joseph Remigio | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE EXERCISE OF SUPPLEMENTAL JURISDICTION RE STATE LAW CLAIMS

The Court ORDERS Plaintiff to SHOW CAUSE in writing why the Court should exercise supplemental jurisdiction over the Unruh Act claim and all other state law claims asserted in the Complaint.

Plaintiff shall file a Response to this Order to Show Cause by no later than June 5, 2020.

Failure to timely or adequately respond to this Order to Show Cause may, without further warning, result in the dismissal of the entire action without prejudice or the Court declining to exercise supplemental jurisdiction over the state law claims and the dismissal of those claims pursuant to 28 U.S.C. 1367(c).

                                                                                         :
                                                    Initials of Preparer   jre